IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAENB MERSHAH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cv-00961-JPG-RJD ) |
| PULASKI COUNTY DETENTION CENTER, *et al.*, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Pulaski County Detention Center, Dr. Charles Paulius, D. Acuff, Tarah Riddle, Janna Cornelius and Nurse Tina** for deliberate indifference to plaintiff's medical needs in violation of the 14th Amendment are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Pulaski County Detention Center, Dr. Charles Paulius, D. Acuff, Tarah Riddle, Janna Cornelius and Nurse Tina** and against plaintiff **Naenb Mershah** for deliberate indifference to plaintiff's medical needs in violation of the 14th Amendment.

**DATED:** 6/13/2017                                   **Justine Flanagan**
                                                                 **Acting Clerk of Court**

                                                                 *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**